UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

PAH LAW AUNG,                        CIVIL NO. 18-951 (MJD/DTS)

    Petitioner,

v.                                      ORDER

JEFFERSON BEAUREGARD
SESSIONS III, *Attorney General*, et al.

    Respondents.

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge David T. Schultz dated July 13, 2018. No objections have been filed to that Report and Recommendation in the time period permitted.

The Court, being duly advised in the premises, upon the Report and Recommendation of the Magistrate Judge, and upon all of the files, records and proceedings herein, now makes and enters the following Order.

IT IS HEREBY ORDERED:

1. Pah Law Aung's Petition for a Writ of Habeas Corpus [Docket No. 1] is DENIED AS MOOT.

2. This action is DISMISSED WITHOUT PREJUDICE.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: August 20, 2018

                                             s/Michael J. Davis
                                             MICHAEL J. DAVIS
                                             United States District Court Judge